| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER (Tran. Court) 3:01CR00365-001 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ MAR 13 2008 ★ BROOKLYN OFFICE | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF DEFENDANT: Mousa Mozeb 1858 Madison Street Apartment 2-R Ridgewood, New York 11387 | DISTRICT Eastern District of Virginia | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable James R. Spencer | |
| | DATES OF SUPERVISED RELEASE: | FROM 01/18/2007 | TO 1/17/2010 |

**CR 08 167**

**COGAN, J.**
**J. ORENSTEIN, M.J.**

OFFENSE

Conspiracy to Attempt to Distribute Cocaine, in violation of 21 U.S.C. § 846, a Class B felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-10-08
Date

*James R. Spencer*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

3/31/08
Effective Date

United States District Judge